**Electronically Filed
Intermediate Court of Appeals
CAAP-22-0000435
16-MAY-2023
07:47 AM
Dkt. 19 ODSD**

NO. CAAP-22-0000435

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

BROOKE L. HIGA, Petitioner-Appellant, v.
CHARLES T. GALLMORE, Respondent-Appellee.

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(CASE NO. 1FDA-22-0001535)

ORDER DISMISSING APPEAL
(By:  Ginoza, Chief Judge, Wadsworth and Chan, JJ.)

Upon review of the record, it appears that:

(1) The statement of jurisdiction and opening brief were due on or before September 12, 2022, and October 10, 2022, respectively;

(2) Self-represented Petitioner-Appellant Brooke L. Higa did not file either document or request an extension of time;

(3) On October 12, 2022, the appellate clerk notified Higa that the time for filing the statement of jurisdiction and opening brief had expired, the matter would be called to the court's attention on October 24, 2022, for appropriate action, which could include dismissal of the appeal, under Hawaiʻi Rules of Appellate Procedure Rules 12.1(e) and 30, and Higa could request relief from default by motion; and

(4) Higa took no further action in this appeal.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED:  Honolulu, Hawaiʻi, May 16, 2023.

/s/ Lisa M. Ginoza
Chief Judge

/s/ Clyde J. Wadsworth
Associate Judge

/s/ Derrick H.M. Chan
Associate Judge